UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:13-CR-67 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| JERMAINE UNDERWOOD | ) | |

## O R D E R

Defendant Jermaine Underwood ("Defendant") filed a motion to suppress evidence and statements resulting from the search of his person, which uncovered a handgun (Court File No. 15). The motion was referred to United States Magistrate Judge Susan K. Lee who, after holding hearings on August 29, 2013 and September 16, 2013, filed a Report and Recommendation ("R&R") concluding that Defendant's motion should be denied (Court File No. 36). Defendant timely objected (Court File No. 37), and the government responded to the objection (Court File No. 38). For the reasons set forth in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 36). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 15).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**